# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PREMIER ONE HOLDINGS, INC., A NEVADA CORPORATION, Appellant, vs. JPMORGAN CHASE BANK, N.A., A NATIONAL BANKING ASSOCIATION, Respondent. | No. 67604 <br><br> **FILED** <br><br> AUG 3 1 2016 <br><br>  |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument currently scheduled for September 7, 2016, at 3:00 p.m. is hereby vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Maui Y. Lindim*

cc: Hon. Rob Bare, District Judge
Kim Gilbert Ebron
Smith Larsen & Wixom
Eighth District Court Clerk

16-27059